**Order entered April 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00059-CR

**JOSE SALDANA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-58319-R**

## ORDER

The record before the Court does not contain the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification that accurately reflects the trial court proceedings.

We **ORDER** court reporter Mary Snider to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 77 and 78.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Mary Snider, former official court reporter, 265th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE